Case 3:05-cr-00240-K     Document 51     Filed 09/23/05     Page 1 of 2     PageID 336

# United States District Court
## Northern District of Texas

UNITED STATES OF AMERICA

V.

**AYESHA SIDDIQUI**

AKA:  Ayesha Siddiqi

**WARRANT FOR ARREST**

CASE NUMBER: 3:05-CR-240-P (06)

MAG. CASE NUMBER:

U.S. DISTRICT COURT
Dallas Division
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 2 3 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ayesha Siddiqui** and bring him or her forthwith to the nearest magistrate to answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with:

**See Attached**

in violation of Title United States Code, Section(s) .

| KAREN MITCHELL | CLERK, U.S. DISTRICT COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| HONORABLE JORGE A. SOLIS | September 20, 2005, Dallas, TX |
| U.S. District Judge | Date and Location |

By:  Vila Fisher
Vila Fisher, *Deputy Clerk*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

Arrested by FBI/DEA Dallas

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 072005 | | |
| DATE OF ARREST | | |
| 092105 | | |

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C.§ 371 | Conspiracy to Commit Health Care, Mail and Wire Fraud, Money Laundering and Illegal Monetary Transaction | 1 |
| 18 U.S.C. § 982(a)(7); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | 196 |