**United States District Court**
**Northern District of Texas**
**Office of the Clerk**
*Dallas Division*



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 28 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

USA

vs.

AYESHA SIDDIQUI

§
§
§
§
§
§
§
§
§
§
§

Case No:        3:05-CR-240-P
                (06)

Mag. Case No:


# RECEIPT OF PASSPORT

This will acknowledge receipt of the following passport:

Number:         A-983909

In the name of:     Ayesha Siddiqi

Country:        Republic of India


Dated:    September 28, 2005


Karen Mitchell
*Clerk of Court*

By: _____
Lisa Martin
*Deputy Clerk*