

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT - 4 2005

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 3:05-CR-240-P |
| | § | |
| AYESHA SIDDIQUI (6) | § | |

### *WAIVER OF APPEARANCE AT ARRAIGNMENT*

TO THE HONORABLE JORGE A. SOLIS, JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION:

Now comes, *AYESHA SIDDIQUI,* Defendant, by and through his counsel of record, RICHARD A. ANDERSON, and, pursuant to Federal Rule of Criminal Procedure 10(b), files this Waiver of Appearance at Arraignment, and in support thereof would show the Court as follows:

1)    Arraignment in this matter is scheduled for *Wednesday, October 5, 2005, at 1:30 p.m.*

2)    Defendant has been charged in this matter in two counts of a 201 count indictment filed September 20, 2005.

3)    Undersigned counsel and Defendant hereby affirm that Defendant has received a copy of the indictment, has discussed it with her attorney, and understands the allegations against her.

4)    Defendant hereby enters a plea of "not guilty" to all of the allegations contained in the indictment.

5)    Defendant hereby waives her right to appearance at Arraignment.

6)    Defendant hereby requests that this Court accept this written waiver appearance at arraignment.

Respectfully submitted,

AYESHA SIDDIQUI

RICHARD A. ANDERSON
*Of Counsel to Burleson, Pate & Gibson, L.L.P.*
2414 N. Akard, Suite 700
Dallas, Texas 75201
214/871/4900
214/871/0718 facsimile
racemule@aol.com
Bar Card No. 01207700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument, has been hand delivered to the office of Bill McMurrey, Esquire, Assistant United States Attorney, 1100 Commerce Street, Third Floor, Dallas, Texas 75242 on the 4th day of October, 2005.

RICHARD A. ANDERSON