P for Patron
for

# UNITED STATES DISTRICT COURT
## PRETRIAL SERVICES OFFICE
## NORTHERN DISTRICT OF TEXAS

**ED B. REYNA**
**CHIEF**

**JOLENE R. WHITTEN**
**DEPUTY CHIEF**



November 10, 2005

**1100 COMMERCE STREET**
**ROOM 1354**
**DALLAS, TEXAS 75242**
**214-753-2454**

> **U.S. DISTRICT COURT**
> **NORTHERN DISTRICT OF TEXAS**
> **FILED**
>
> **NOV 1 4 2005**
>
> **CLERK, U.S. DISTRICT COURT**
> By _____
>        Deputy

Jorge A. Solis
U.S. District Judge
1100 Commerce St.
Dallas, Texas 75242

RE:   **SIDDIQI, Ayesha**
      **3:05-CR-240-P-(6)**
      **Travel Request**

Dear Judge Solis:

Siddiqui is pending trial before Your Honor.   She has requested permission to travel to Memphis, TN with her uncle in order to participate in the Helen Brett Gift and Jewelry Show, to be held at the Memphis Cook Convention Center.  The defendant states she will be driving with her uncle, departing November 18th and returning late November 22nd.  Presently, her travel is restricted to the State of Texas.

Siddiqi remains in compliance with her conditions/reporting instructions.  Therefore, Pretrial Services does not oppose her request, which is respectfully submitted for the Court's consideration.

Respectfully,

Jennifer (Coalson) Bowers
U.S. Pretrial Services Officer

The court grants __✓__ denies _____ the defendant's travel request.

Date: _Nov. 14, 2005_

Jorge A. Solis
U.S. District Judge