P / for Pretrial

# UNITED STATES DISTRICT COURT
## PRETRIAL SERVICES OFFICE
## NORTHERN DISTRICT OF TEXAS

ORIGINAL



**ED B. REYNA**
**CHIEF**

**JOLENE R. WHITTEN**
**DEPUTY CHIEF**

November 18, 2005

**1100 COMMERCE STREET**
**ROOM 1354**
**DALLAS, TEXAS 75242**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV 2 1 2005

**CLERK, U.S. DISTRICT COURT**

By _____
Deputy

Jorge A. Solis
U.S. District Judge
1100 Commerce St.
Dallas, Texas 75242

RE:   **SIDDIQI, Ayesha**
      **3:05-CR-240-P-(6)**
      <u>**Travel Request**</u>

Dear Judge Solis:

Siddiqi is pending trial before Your Honor.   She has requested permission to travel to Kissimee, FL to attend the Golden Triangle Jewelry Show.  Travel dates would be December 7-13, 2005.   Presently, her travel is restricted to the State of Texas.

Siddiqi remains in compliance with her conditions/reporting instructions.  Therefore, Pretrial Services does not oppose her request, which is respectfully submitted for the Court's consideration.

Respectfully,

Jennifer (Coalson) Bowers
U.S. Pretrial Services Officer

The court grants_____✓_____denies_____the defendant's travel request.

Date: _Nov 21, 2005_

Jorge A. Solis
U.S. District Judge