P
for Pretrial

# UNITED STATES DISTRICT COURT
## PRETRIAL SERVICES OFFICE
## NORTHERN DISTRICT OF TEXAS

**ED B. REYNA**
**CHIEF**

**JOLENE R. WHITTEN**
**DEPUTY CHIEF**

December 5, 2005

**1100 COMMERCE STREET**
**ROOM 1354**
**DALLAS, TEXAS 75242**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC - 6 2005

**CLERK, U.S. DISTRICT COURT**

By _____
         **Deputy**

Jorge A. Solis
U.S. District Judge
1100 Commerce St.
Dallas, Texas 75242

RE:   **SIDDIQI, Ayesha**
      **3:05-CR-240-P-(6)**
      **Request to Modify Conditions**

Dear Judge Solis:

Siddiqi is pending trial before Your Honor.   She has contacted me regarding a job opportunity she would like to take in the Phoenix, AZ area.  Attached is a copy of her job offer letter and information regarding where she and her family would reside in Arizona.  Presently, her travel is restricted to the State of Texas; therefore, she is requesting a modification in her conditions to add Arizona, permitting her to relocate.

Siddiqi remains in compliance with her conditions/reporting instructions.  Therefore, Pretrial Services does not oppose her request, which is respectfully submitted for the Court's consideration.

Respectfully,

Jennifer (Coalson) Bowers
U.S. Pretrial Services Officer

The court Grants___✓___Denies_____defendant's request to add Arizona to her travel area.

Date:_Dec. 6, 2005_

Jorge A. Solis
U.S. District Judge