

# UNITED STATES DISTRICT COURT
## PROBATION AND PRETRIAL SERVICES OFFICE
## NORTHERN DISTRICT OF TEXAS

**GORDON OKADA**
**CHIEF**

**JERRY RITCHIE**
**DEPUTY CHIEF**

**JOLENE R. WHITTEN**
**DEPUTY CHIEF**

1100 COMMERCE STREET
ROOM 1354
DALLAS, TEXAS 75242
214-753-2454



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB 2 3 2006

CLERK, U.S. DISTRICT COURT
By _____ *Blw*
Deputy

February 23, 2006

Jorge A. Solis
U.S. District Judge
1100 Commerce St.
Dallas, Texas 75242

RE:  **SIDDIQI, Ayesha**
**3:05-CR-240-P-(6)**
**Travel Request**

Dear Judge Solis:

Siddiqi is pending trial before Your Honor.  She has requested permission to travel to Los Angeles, CA to take her kids to Disneyland over their Spring Break.  Travel dates would be March 10-14, 2006.  Presently, her travel is restricted to the States of Texas and Arizona, where she is now residing.

Siddiqi remains in compliance with her conditions/reporting instructions.  Therefore, Pretrial Services does not oppose her request, which is respectfully submitted for the Court's consideration.

Respectfully,

Jennifer Bowers
U.S. Pretrial Services Officer

The court grants___*✓*___denies_____the defendant's travel request.

Date:_*Feb. 23, 2006*_

Jorge A. Solis
U.S. District Judge