# UNITED STATES DISTRICT COURT
## PROBATION AND PRETRIAL SERVICES OFFICE
## NORTHERN DISTRICT OF TEXAS

**GORDON OKADA**
**CHIEF**

**JERRY RITCHIE**
**DEPUTY CHIEF**

**JOLENE R. WHITTEN**
**DEPUTY CHIEF**



**1100 COMMERCE STREET**
**ROOM 1354**
**DALLAS, TEXAS 75242**
**214-753-2454**

---

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

**AUG 29 2006**

**CLERK, U.S. DISTRICT COURT**

By _____
**Deputy**

---

August 28, 2006

Jorge A. Solis
U.S. District Judge
1100 Commerce St.
Dallas, Texas 75242

RE:     **SIDDIQI, Ayesha**
       **3:05-CR-240-P-(6)**
       **Travel Request**

Dear Judge Solis:

Siddiqi is pending trial before Your Honor.   She has requested permission to travel for trade shows, first, to San Antonio, TX  September 14-17, 2006, and then to Orlando, FL September 21-26, 2006.   Her travel is restricted to the States of Texas and Arizona, where she is now residing.

Siddiqi remains in compliance with her conditions/reporting instructions.  Therefore, Pretrial Services does not oppose her request, which is respectfully submitted for the Court's consideration.

Respectfully,

Jennifer Bowers
U.S. Pretrial Services Officer

The court grants ___✓___ denies _____ the defendant's travel requests.

Date: _Aug. 29, 2006_

Jorge A. Solis
U.S. District Judge