MO-1 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
_____ DIVISION

HONORABLE _____ PRESIDING     COURT REPORTER/TAPE:_____

DEPUTY CLERK _____     USPO_____

LAW CLERK _____     INTERPRETER _____

---

CR. No. _____ DEFT. No. _____

UNITED STATES OF AMERICA          §          _____ AUSA
                                  §
v.                                §
                                  §
                                  §
_____ §          _____
Defendant's Name                             Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: _____

Hearing Type: ☐ Sentencing Hearing - Contested  ☐ Sentencing Hearing - Non-Evidentiary

Time in Court: _____

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty Plea ☐ None

Days in Trial: _____

Hearing Concluded: ☐ Yes ☐ No

☐ Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines ☐ Departs Upward ☐ Departs Downward

### SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____ .

☐ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of _____.

☐ .. Deft. placed on: Supervised Released for _____.

☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.

☐ .. Count(s) _____ dismissed on government's motion.

☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.

☐ .. $_____ special assessment on Count(s)_____
of ☐ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.

☐ ...... Deft ordered to surrender to the designated institution on _____.

☐ ...... Deft failed to appear, bench warrant to issue.

☐ ...... Bond ☐ continued ☐ revoked

☐ ...... Deft Advised of his right to appeal.

☐ ...... Deft requests Clerk to enter notice of Appeal.

☐ ...... Deft Custody/Detention continued.

☐ ...... Deft REMANDED to custody.     Court recommends incarceration at _____.

OTHER PROCEEDINGS/INFORMATION: _____

_____

_____

_____